IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| William B. Gray, III, d/b/a Greenwood Clinic of Chiropractic, individually and for the benefit and on behalf of all others similarly situated,<br><br>                            Plaintiffs,<br>vs.<br><br>The Talking Phone Book, trade name for Hearst Holdings, Inc., a/k/a White Directory Publishers, a division of Hearst Holding Holdings, Inc., a/k/a White Directory Holdings Carolina, Inc., a/k/a White Directory of Carolina, Inc., a/k/a White Directory Holdings Pennsylvania, Inc., a/k/a White Directory of Pennsylvania, Inc., and SAIA Holdings, L.L.C., and SAIA Publishing Co.,<br>                            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Written Order<br><br>8:08-CV-01833-GRA |

      This matter comes before the Court upon the parties conflicting motions for a discovery plan.  A hearing was held on this matter on June 11, 2009.  After hearing the arguments reviewing the pleadings the Court has decided that it is in the best interests of justice and most prudent use of judicial resources  to allow the  parties to conduct discovery relating to class certification.  Additionally, any party deposed for the purpose of class certification may also be questioned on the merits of the case.  Furthermore, the plaintiff has ten days to amend his pleadings.

IT IS SO ORDERED.

G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

June 12, 2009